FILED
At Albuquerque NM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAN 2 6 2016

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**FAWN LYNNSTAR VIGIL**,  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>  ) | CRIMINAL NO. 16-290 MV<br><br>Count 1: 18 U.S.C. § 1153(b) and<br>N.M.S.A.1978 § 30-6-1: Child Abuse<br>(Death or Great Bodily Harm);<br><br>Count 2: 18 U.S.C. § 1153(b) and<br>N.M.S.A.1978 § 30-6-1: Child Abuse<br>(No Death or Great Bodily Harm). |

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 13, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **FAWN LYNNSTAR VIGIL**, an Indian, and parent, guardian and custodian of Jane Doe 1, negligently and without justifiable cause, operated a motor vehicle recklessly, causing Jane Doe 1 to be placed in a situation that may have endangered the life and health of Jane Doe 1, resulting in great bodily harm to Jane Doe 1.

In violation of 18 U.S.C. § 1153(b), and N.M.S.A. 1978 § 30-6-1.

Count 2

On or about April 13, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **FAWN LYNNSTAR VIGIL**, an Indian, and parent, guardian and custodian of Jane Doe 2, negligently and without justifiable cause, operated a motor vehicle recklessly, causing Jane Doe 2 to be placed in a situation that may have endangered the life and health of Jane Doe 2.

In violation of 18 U.S.C. § 1153(b), and N.M.S.A. 1978 § 30-6-1.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

01/22/16   2:07PM