UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable William P. Lynch**

**CASE No:** 16cr290 MV  **DATE:** 3/29/16  **TITLE:** USA v. Fawn Lynnstar Vigil

**COURTROOM CLERK:** E. Hernandez  **COURT REPORTER:** Liberty-Gila

**COURT IN SESSION:** 3:01-3:05  **TOTAL TIME:** 4 minutes

**TYPE OF PROCEEDING:** Motion to Modify Conditions of Detention

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**  **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Joseph Spindle  Kari Converse

**US PROBATION AND PRETRIAL SERVICES:**

John Lovato

PROCEEDINGS:

3:01  Court in session; court calls case

3:01  Counsel enter their appearances

3:02  Court addresses counsel regarding motion

3:03  Pretrial services addresses court; recommends release to Dulce, NM

3:03  Court adds a no driving restriction

3:03  Government addresses court; requests no other special conditions

3:04  Court addresses defendant; released pending sentencing to Dulce, NM as recommended by pretrial services; all other conditions remain in effect; no alcohol; no driving; travel restricted within Rio Arriba County with travel to Albuquerque for court and counsel visits

3:05  Pretrial services addresses court

3:05  Defense counsel requests defendant be allowed to travel to San Juan County for dental visit with daughter; government does not oppose

3:05	Court grants request

3:05	Court in recess